**SO ORDERED.**

**SIGNED this 08 day of April, 2011.**



_____
 **JOHN T. LANEY, III**
 **CHIEF UNITED STATES BANKRUPTCY JUDGE**
_____

**UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA**

In the matter of: : Chapter <u>13</u>
 :
<u>Louie Edward Thompson, Jr.</u> :
 :
<u>Jennifer Lee Thompson</u> : Case No. <u>10-71344-JTL</u>
 :
 Debtor(s). :

**ORDER ON MOTION FOR RELIEF FROM STAY**

MOVANT: <u>U. S. Bank, N. A.</u>

SUBJECT PROPERTY: <u>4440 COUNTRY OAK DRIVE, VALDOSTA, GA</u> .

After notice and a hearing the motion is ordered:

___ Granted.

___ Granted. The Trustee shall reduce Movant's claim relating to this collateral to the amount paid. Movant is granted leave to seek allowance of a deficiency claim, if appropriate.

___ Denied ___ Denied on an interim basis and the Stay shall continue in effect. A final hearing will be set by the Court.

_X_ Denied on the condition that:

 _X_ The debtor shall make timely post-petition payments as required by the Chapter 13 plan.

 _X_ The debtor shall tender payments to the movant or take other action as follows:

 _X_ The arrearage is $<u>4766.10</u>, including <u>3</u> payments of $<u>1527.60</u>, <u>3</u> late charges of $<u>61.10</u>.

 _X_ The Movant shall apply <u>Payment received 10/26/10, 12/03/10 and 01/19/11 to the payments for 10/10 to 12/10 pursuant to the confirmed chapter 13 plan & $1528.00 tendered at the hearing</u> .

    __X__    The Chapter 13 Trustee shall pay the attorneys fees and costs of $ __550.00__ , as a secured claim and this order shall act as the proof of claim.

    __X__    The remaining post-petition arrearage of $3238.10 is to be paid in __6__ equal monthly installments in the sum of $539.68 each, beginning __May 15__, 20__11__ .

__X__    For 12 months, In the event that the debtor(s) fails to comply with the terms of this order, the Movant may file an affidavit setting forth that __15__ days' written notice of default has been given, served upon the debtor and debtor's attorney, that the default has not been cured, and upon the expiration of __15__ days without the filing of a counter affidavit by the debtor disputing the fact of default, an order may be entered lifting the automatic stay, without further motion, notice or hearing.

__X__    Other provisions: __The Debtors shall make the April 2011 monthly mortgage payment directly to the Movant__ .

__X__    Other provisions: __The Movant shall be allowed to amend their proof of claim to include the 09/10 mortgage payment__ .

By our signatures below we do hereby consent to the entry of the foregoing order:

| /s/ Michael Custer | /s/ William Woodall | /s/ Kristin Hurst |
|---|---|---|
| Attorney for Movant | Attorney for Debtor | Trustee |